■  ANDREW VONINSKI et al., Appellants, v RICHARD OLSON et al., Respondents.—Appeal unanimously dismissed, without costs, upon stipula-

tion. (Appeal from order of Onondaga Supreme Court—dismiss counterclaim.) Present—Simons, J. P., Hancock, Jr., Callahan, Doerr and Moule, JJ.